Order entered November 19, 2018



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00018-CR

**RICHARD CLAYTON KIMBERLIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80175-2016**

## ORDER

Before the Court is the State's November 16, 2018 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received on November 16, 2018 filed as of the date of this order.

/s/    LANA MYERS
         JUSTICE